JUDGE COTE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

12 CIV 3483

------------------------------------------------------------X
TRAVELPORT GLOBAL DISTRIBUTION
SYSTEMS B.V.,

                Petitioner,           12 Civ. _____

     -against-                RULE 7.1 STATEMENT

BELLVIEW AIRLINES LIMITED,

                Respondent.
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Petitioner Travelport Global Distribution Systems B.V. ("Travelport"), hereby certifies that Travelport's parent corporation is Travelport Limited and that no publicly-held corporation owns 10% or more of Travelport's stock.

Dated: May 1, 2012
      New York, NY

                                      Respectfully Submitted,

                                      CLYDE & CO US LLP

                                      By: _____
                                             Diane Westwood Wilson

                                      405 Lexington Avenue, 16th Floor
                                      New York, NY 10174
                                      Telephone: (212) 710-3910
                                      Fax: (212) 710-3950
                                      diane.westwoodwilson@clydeco.us

                                      Attorneys for Petitioner
                                      Travelport Global Distribution Systems B.V.